FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 25 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
OCEANA CATERERS, LLC; DIANA BRONSTEIN
And JAMIE CZERNIAWSKI

CASE NO.: 1:2012cv02221

                        Plaintiffs,

-against-

THE CITY OF NEW YORK; PETER DEBLASIO, as
Commanding Officer, 60th Precinct, being
Sued individually and in his official
capacity as an employee of defendant THE
CITY OF NEW YORK

                        Defendants'
----------------------------------------X

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

The Plaintiffs' hereby voluntarily dismiss this proceeding <u>without prejudice</u>, pursuant to FRCP 41(a)(1)(A)(i). The defendants have neither filed an answer nor any motions in this action.

                        Respectfully Submitted,

OCEANA CATERERS, LLC        /s Diana Bronstein

By: *Diana Bronstein*

JAMIE CZERNIAWSKI

*Jamie Czerniawski*

BRONSTEIN LAW GROUP, P.C.
Diana Bronstein, Esq. (DB 6025)
161 BRIGHTON 11TH STREET
2ND FLOOR, SUITE 8
BROOKLYN, NY 11235
(718) 615-2933 [phone]

So ordered.
   s/ARR